UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE GARCIA VERDUGO,<br><br>                            Plaintiff,<br><br>v.<br><br>CITY OF CALEXICO; CHIEF GONZALO GERARDO, in his individual and official capacity; and DOES 1 through 10, inclusive;<br><br>                            Defendants. | Case No.: 22-cv-1418-RSH-LR<br><br>**ORDER LIFTING THE STAY IN THIS ACTION** |

      The Court has stayed this case at the Parties' request since December 8, 2022, pending resolution of a state criminal proceeding against Plaintiff Juan Jose Garcia Verdugo in *People v. Verdugo Garcia*, No. JCF005122 (Super. Ct. Imperial Cnty.). ECF Nos. 11, 13, 15. Following Plaintiff's guilty plea in the state criminal case on October 11, 2023, the Court directed the Parties to file various status reports regarding the stay in this case. ECF Nos. 16, 18, 19, 20.

1 | Based on the Parties' joint status reports, the Court **LIFTS** the stay in this action.
2 | Defendants shall file an answer to the Complaint no later than December 15, 2023.
3 | **IT IS SO ORDERED**.
4 | Dated: December 1, 2023.

*Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge